Yard, Administrator, v. Hunt and Vancleave.

*Frelinghuysen,* for defendant, offered to prove that Hankinson had given his note for the money.

PER CUR.    A note does not, *ipso facto,* extinguish the contract.

---

YARD, ADMINISTRATOR OF PHILLIPS, v. HUNT AND VANCLEAVE, SURVIVING OBLIGORS.

A copy of the declaration, or notice of filing it, should always be served on defendant.

On a *sci. fa.*    The plaintiff had filed his declaration on the 12th of May, 1791.    *Leake* moved for time to plead, until the 20th of October, alleging that a copy of the declaration had not been served on him, or any notice of filing it.

*R. Stockton* opposed it, unless Leake would accept of notice of trial now.

PER CUR.    If the plaintiff is delayed, it is by his own neglect.    A copy of the declaration, or notice of filing it, should have been given. (*a*)

Take your motion.

(*a*) By the existing practice act in New Jersey, parties must take notice of the rules and pleadings in the office.